IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKIR KHAN, UMER HAYAT, ADNAN BILAL, ADIL ISMAEL, SAAD KHAN, BUSHRA SHAHEEN, NASAR KHAN, MIR AFZAL KHAN, SOMIYA BIBI, MUHAMMAD ASIF, SAFDAR KHAN, and MUHAMMAD BILAL KHAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF LODI , CALIFORNIA, LODI MAYOR MIKEY HOTHI, AND THE CITY COUNCIL OF THE CITY OF LODI, <br><br> Defendant. | Case # <br> _____ <br><br> [PROPOSED] ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER. |
| | |

Having heard and considered the Plaintiffs' Application for Temporary Restraining Order and the presentations of the opposing Parties;

IT IS HEREBY ORDERED that, pending hearing on Plaintiffs' Motion for Preliminary Injunction in this matter,

/_/ Defendants are restrained from preventing Plaintiff Shakir Khan from exercising the powers and duties of his office as the Member of the Lodi City Council representing Council District 4.

/_/ Defendants are restrained from entertaining applications from third parties for an appointment to serve as the Council Member for Lodi City Council District 4.

/_/ Defendants are restrained from appointing a new Council Member in the place of Shakir Khan to serve as the Council Member for Lodi City Council District 4.

/_/ Defendants are enjoined and restrained from scheduling or holding any special election to fill the Council seat for Lodi City Council District 4.

/_/ Plaintiffs are not required to post any bond.

/_/ Plaintiffs are required to post a bond in the amount of $_____.

/_/ The Plaintiffs' Motion for Preliminary Injunction is set for hearing on the following date and time:

     Date: _____

     Time: _____

     Dept: _____

Responsive papers are to be filed on or before March ____, 2023

     Opposing parties are hereby notified that they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. See Local Rule 231 and FRCP 65(b)

/_/ This order allows such application on or before March ____, 2023.

This Order is issued at the following date and time:

Date: _____

Time: _____

      IT IS SO ORDERED,

Dated: March _____, 2023

                                                      _____

Court                                   Judge of the United States District

                                                      For the Eastern District of California

Opposing parties are hereby notified that they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. See Local Rule 231 and FRCP 65(b)